EUGENE HAHN, Appellant, *v.* LURIA STEEL & TRADING CORPORATION, Respondent.

Argued June 5, 1945; decided July 19, 1945.

*Joseph Nemerov, Edward A. Rothenberg, Aaron Schwartz, Jerome C. Lewis* and *George J. Sandler* for appellant.

*John J. Cunneen* and *S. F. Peavey, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: LOUGHRAN and THACHER, JJ.